UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
JON PIERRE A. BRADLEY )
) No. 17-29371
) Chapter 13 (Joliet)
Debtors ) Honorable Pamela S. Hollis
) Hearing Date: 07/20/2018, 10:45 a.m.

### AGREED ORDER

This matter coming before the court for hearing on WESGLEN PARKSIDE CONDOMINIUM ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtors Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through July 2018, there is a balance of $2,123.34 due and owing to Wesglen Parkside Condominium Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $2,123.34 balance as follows:

   a. $353.89 shall be paid on or before August 1, 2018;

   b. $353.89 shall be paid on or before September 1, 2018;

   c. $353.89 shall be paid on or before October 1, 2018;

   d. $353.89 shall be paid on or before November 1, 2018;

   e. $353.89 shall be paid on or before December 1, 2018;

   f. $353.89 shall be paid on or before January 1, 2019.

By _____
Benjamin J. Rooney, Attorney for
Wesglen Parkside Condominium Association

By _____
Sean McNulty, attorney for debtor

1

3. Additionally, Debtor shall pay their regular monthly assessment and all other charges which become due and owing on or before the 1st of each month beginning with the August 2018 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Wesglen Parkside Condominium Association shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtor does not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved without further order of Court and Weslgen Parkside Condominium Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____
Benjamin J. Rooney, Attorney for
Wesglen Parkside Condominium
Association

By _____
Sean McNulty, attorney for debtor

JUL 2 0 2018

ENTER:

_____
Bankruptcy Judge
Date:

Attorney No. 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446