UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 17-04903
ADRIENNE DESIRAE BROWN )
)  Chapter: 13
)
)  Honorable Pamela S. Hollis
)
)  Joliet
Debtor(s) )

### Order Lifting Automatic Stay

     This matter coming before the court for hearing on THE CLUBLANDS OF JOLIET HOMEOWNERS ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

THE CLUBLANDS OF JOLIET HOMEOWNERS ASSOCIATION'S Motion for Relief from Stay as to 1705 Scarlett Oak Court, Plainfield Illinois 60586 is granted.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  July 20, 2018

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446