Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17−04903
Chapter: 13
Judge: Pamela S. Hollis

In Re:
  Adrienne Desirae Brown
  1705 Scarlett Oak Court
  Plainfield, IL 60586

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9543

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 17, 2018

FOR THE COURT

Dated: August 20, 2018                Jeffrey P. Allsteadt , Clerk
                                      United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-04903-PSH
Adrienne Desirae Brown                                              Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: agalimba         Page 1 of 2         Date Rcvd: Aug 20, 2018
                             Form ID: ntcdsm        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
```
db             +Adrienne Desirae Brown,    1705 Scarlett Oak Court,    Plainfield, IL 60586-4165
25359310       +Club Lands Homeowners Association,    C/O AMG Management Group, LLC,    1429 Essington Rd.,
                 Joliet,IL 60435-2873
25359309       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
25359308       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
25359300       +Planet Home Lending,    Attn: Bankruptcy Dept.,    321 Research Pkwy,    Meriden,CT 06450-8301
25754196       +Planet Home Lending, LLC,    321 Research Pwy., Suite 303,    Meriden, CT 06450-8342
25496561       +Planet Home Lending, LLC,    C/O Potestivo & Associates, P.C.,    251 Diversion Street,
                 Rochester, MI 48307-2209
25478851       +The Clublands of Joliet Homeowners Association,    Keay & Costello, P.C.,
                 128 S. County Farm Road,    Wheaton, IL 60187-2400
25359307        Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
25478850       +Vincent M. Canale,    Keay & Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25359303        EDI: CAPITALONE.COM Aug 21 2018 05:28:00      Capital ONE BANK USA N,    Attn: Bankruptcy Dept.,
                 15000 Capital One Dr,    Richmond,VA 23238
25359301       +EDI: WFNNB.COM Aug 21 2018 05:28:00      COMENITY BANK/Carsons,    Attn: Bankruptcy Dept.,
                 3100 Easton Square Pl,    Columbus,OH 43219-6232
25359304       +EDI: WFNNB.COM Aug 21 2018 05:28:00      COMENITY BANK/PIER 1,    Attn: Bankruptcy Dept.,
                 4590 E Broad St,    Columbus,OH 43213-1301
25653502        EDI: BL-BECKET.COM Aug 21 2018 05:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
25359305       +EDI: WFNNB.COM Aug 21 2018 05:28:00      Comenitycapital/Overst,    Attn: Bankruptcy Dept.,
                 Po Box 182120,    Columbus,OH 43218-2120
25359299       +EDI: RCSFNBMARIN.COM Aug 21 2018 05:28:00      Credit ONE BANK NA,    Attn: Bankruptcy Dept.,
                 Po Box 98875,    Las Vegas,NV 89193-8875
25359302       +EDI: CBSKOHLS.COM Aug 21 2018 05:28:00      Kohls/Capone,    Attn: Bankruptcy Dept.,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
25510488        EDI: RESURGENT.COM Aug 21 2018 05:28:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
25748623        EDI: PRA.COM Aug 21 2018 05:28:00      Portfolio Recovery Associates, LLC,
                 Successor to CAPITAL ONE BANK, N.A.,    (CAPITAL ONE BANK, N.A.),    POB 41067,
                 Norfolk, VA 23541
25359306       +E-mail/Text: bankruptcy@gopfs.com Aug 21 2018 01:56:32      Prestige Financial SVC,
                 Attn: Bankruptcy Dept.,    1420 S 500 W,    Salt Lake City,UT 84115-5149
25376207       +E-mail/Text: bankruptcy@gopfs.com Aug 21 2018 01:56:32      Prestige Financial Services,
                 BANKRUPTCY DEPT,    PO BOX 26707,    Salt Lake City UT 84126-0707
25552566        EDI: Q3G.COM Aug 21 2018 05:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
25541601        EDI: Q3G.COM Aug 21 2018 05:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
25723887        EDI: Q3G.COM Aug 21 2018 05:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
25394833       +EDI: RMSC.COM Aug 21 2018 05:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: agalimba              Page 2 of 2              Date Rcvd: Aug 20, 2018
                              Form ID: ntcdsm             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

```
          Benjamin   Rooney    on behalf of Creditor    Clublands of Joliet Homeowners Association
           ben@keaycostello.com, kim@keaycostello.com
          Brenda Ann  Likavec    on behalf of Creditor    Planet Home Lending, LLC bknotices@potestivolaw.com,
           blikavec@potestivolaw.com
          Briana   Czajka    on behalf of Debtor 1 Adrienne Desirae Brown ndil@geracilaw.com
          Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Glenn B Stearns     mcguckin_m@lisle13.com
          James M Philbrick    on behalf of Creditor    Prestige Financial Services Inc. jmphilbrick@att.net
          Kristin T Schindler    on behalf of Debtor 1 Adrienne Desirae Brown ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tarek M Khalil    on behalf of Debtor 1 Adrienne Desirae Brown ndil@geracilaw.com
                                                                                             TOTAL: 9
```